SALVATORE FORTUNA, as Administrator of the Estate of SEBASTIAN M. FORTUNA, Deceased, et al., Respondents, *v.* STANLEY SANGSTER, as Administrator of the Estate of EARL STINER, JR., Deceased, Defendant, and ADA M. SERAO, as Administratrix of the Estate of FRANK SERAO, Deceased, Appellant. (Action No. 1.)

CHARLES B. ULLMANN, Respondent, *v.* STANLEY SANGSTER, as Administrator of the Estate of EARL STINER, JR., Deceased, Defendant, and ADA M. SERAO, as Administratrix of the Estate of FRANK SERAO, Deceased, Appellant. (Action No. 2.)

Submitted February 18, 1947; decided April 10, 1947.

*Joseph S. McCann* and *Clarence S. Zipp* for appellant.
*Benjamin Heller* and *Louis Baron* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.